

# DALESIO
## LAW ♦ MEDIATION
**STEPHEN J. DALESIO, ESQUIRE**

(412) 559-8375
steve@dalesiolaw.com
412 Marney Drive
Moon Township, PA 15108
dalesiolaw.com

December 16, 2025

United States Courts
Southern District of Texas
FILED
DEC 30 2025
Nathan Ochsner, Clerk of Court

Kimberly Picota
Case Manager for Judge George C. Hanks, Jr.
United States Courthouse
515 Rusk Street, Room 5300
Houston, TX 77002

RE: **EUGENIO ALVAREZ, Individually and on behalf of all others similarly situated v. NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING**
**In the Southern District of Texas, Houston Division**
**Case No.: 4:24-cv-3597**

Dear Ms. Picata:

    I served as mediator for this matter via video remote on December 15, 2025. Because I could not obtain access to the CM/ECF system for this Court, I reviewed your local rules and I wish to provide this letter to you as my report to the Court with the understanding that this letter may be docketed at the Court's discretion. In that regard, I regret to inform the Court that the matter was not resolved at the mediation and should continue in the normal course. Enclosed is a copy of my Report of Neutral.

    Please feel free to contact me if you have any questions or if the Court should desire anything further. Thank you.

Very truly yours,

Stephen J. Dalesio

Stephen J. Dalesio

SJD/mjm
Enc.

*(Via electronic mail only)*

cc:    Justin P. Opitz, Esq. (*JOpitz@mcguirewoods.com*)
       Melissa O. Martinez, Esq. (*MMartinez@mcguirewoods.com*)
       Bart D. Cohen, Esq. (*BCohen@baileyglasser.com*)
       James L. Kauffman, Esq. (*JKauffman@baileyglasser.com*)

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIV.

| | | |
|---|---|---|
| EUGENIO ALVAREZ, on behalf of himself and others similarly situated, | ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION<br><br>NO.: 4:24-cv-3597 |
| Plaintiffs, | | |
| v. | | |
| NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING, | | |
| Defendant. | | |

## REPORT OF NEUTRAL

An early neutral evaluation was held in the above-captioned matter on December 15, 2025, via remote video access..

The case (please check one):

\_\_\_\_ has resolved

\_\_\_\_ has resolved in part

\_X\_ has not resolved.

The parties request that a follow up conference with the Court should be scheduled within N/A_ days.

If the case has resolved in part, please indicate the part that has been resolved and/or the claim(s)/partie(s) that remain.

---

Dated: December 16, 2025

By: Stephen J. Dalesio

/s/ Stephen J. Dalesio
Signature of Neutral