## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

|  |  |  |
|---|---|---|
| **EUGENIO ALVAREZ, Individually and on behalf of all others similarly situated,** | § § § | |
| *Plaintiff,* | § § | |
| **v.** | § § | **Case No. 4:24-cv-3597** |
| | § | |
| **NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING,** | § § § | |
| | § | |
| *Defendant.* | § | |

### NOTICE OF SETTLEMENT

Plaintiff Eugenio Alvarez ("Plaintiff") and Defendant NewRez LLC d/b/a Shellpoint Mortgage Servicing ("Defendant") (collectively, the "Parties") hereby file this Notice to advise the Court that they have reached an agreement to fully resolve the above-captioned lawsuit ("Lawsuit"). The Parties are preparing settlement documentation, finalizing their settlement obligations, and anticipate that they will file an Agreed Motion to Dismiss disposing of the Lawsuit within 45 days.

WHEREFORE, the Parties notify the Court that they have settled all claims in this Lawsuit and request that the Court retain jurisdiction over the Lawsuit, stay all pending deadlines, and other related matters. The Parties request that the Court defer ruling on any pending motions until the expiration of the 45 day period and maintain the Lawsuit as open on the Court's docket until the Parties file formal dismissal papers.

Date: <u>June 3, 2026</u>

Respectfully submitted,

*/s/ Justin Opitz*

**Justin Opitz**
State Bar No. 24051140
FBN: 608966
**MCGUIREWOODS LLP**
2601 Olive Street, Suite 2100
Dallas, Texas 75201
Telephone: 214.932.6400
Facsimile: 214.932.6499
jopitz@mcguirewoods.com

**ATTORNEY FOR DEFENDANT**

and

**BAILEY GLASSER LLP**

*/s/ James Kauffman*

James L. Kauffman
1055 Thomas Jefferson St., NW
Suite 540
Washington, DC 20007
Telephone: 202.463.2101
jkauffman@baileyglasser.com

Bart D. Cohen
1622 Locust Street
Philadelphia, PA 19103
Telephone: 215.274.9420
bcohen@baileyglasser.com

Katherine M. Aizpuru
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Ave NW, Suite 1010
Washington, DC 20006
Telephone: 202.973.0900
kaizpuru@tzlegal.com

**ATTORNEYS FOR PLAINTIFF**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 3, 2026, a true and correct copy of the foregoing was served via the Court's electronic filing system to all parties of record.

<u>/s/ Justin Opitz</u>
**Justin Opitz**